IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JG Technologies LLC, <br><br> Plaintiff, <br><br> v. <br><br> Toyota Motor Sales, U.S.A., Inc., and Toyota Motor North America, Inc., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 2:20-cv-173 <br><br> **Jury Trial Demanded** |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

This 31st day of May, 2020.

/s/Daniel A. Kent
Daniel A. Kent
 dankent@kentrisley.com
 Tel:  (404) 585-4214
 Fax:  (404) 829-2412
Stephen R. Risley
 steverisley@kentrisley.com
 Tel:  (404) 585-2101
 Fax:  (404) 389-9402
Cortney S. Alexander
 cortneyalexander@kentrisley.com
 Tel:  (404) 855-3867
 Fax:  (770) 462-3299
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Plaintiff